UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NANCY CASE,**                          CASE NO.: 1:09-cv-897
                                                      HON.: Robert J. Jonker

         Plaintiff,

v

**GRADUATE MEDICAL EDUCATION, INC.**

         Defendant.
_____/

LAW OFFICE OF JULIE A. GAFKAY, PLC
BY:    JULIE A. GAFKAY (P53680)
         KATHERINE S. GARDNER (P59050)
Attorneys for Plaintiff
160 S. Main Street, Suite 4
Frankenmuth, MI 48734
(989) 652-9240

FRASER TREBILCOCK DAVIS &DUNLAP, P.C.
BY:    MARK R. FOX (P39902)
         MICHAEL E. CAVANAUGH (P11744)
Attorneys for Defendant
124 West Allegan Street, Suite 1000
Lansing, Michigan 48933
(517) 482-5800

_____/

## STIPULATION AND ORDER FOR DISMISSAL

**IT IS HEREBY STIPULATED** by and between the parties, through their respective attorneys below, that this matter shall be dismissed with prejudice and without costs to any party.

_s/Julie A. Gafkay_____
JULIE A. GAFKAY (P53680)
Attorney for Plaintiff


_s/Michael E. Cavanaugh_____
MICHAEL E. CAVANAUGH (P11744)
Attorney for Defendant


### ORDER FOR DISMISSAL

At a session of said Court held in the United States District Court, State of Michigan on the _____ day of _____, 2010.

**PRESENT: HONORABLE Robert J. Jonker**
**United States District Court Judge**

This matter having come before the Court through stipulation of the parties and the Court being otherwise fully advised on the premises;

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice and without costs.


Dated: _____          _____
                              **HONORABLE Robert J. Jonker**
                              **United States District Court Judge**